986 So.2d 671 (2008)
STATE of Louisiana
v.
Carolyn DAVIS.
No. 2008-KK-1684.
Supreme Court of Louisiana.
July 30, 2008.
In re Davis, Carolyn;Defendant; Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. M, No. 491-349; to the Court of Appeal, Fourth Circuit, No. 2008-K-0934.
Granted. The judgment of the magistrate denying detainee's motion for release pursuant to La.C.Cr.P. art. 230.1 is reversed. The detainee is ordered released from custody and from bail forthwith. See State v. Joiner, 08-1653 (La.7/25/08), ___ So.2d ___, 2008 WL 3276224; La.C.Cr.P. art. 230.1.